*E-FILED 11-14-2011*

MELINDA L. HAAG, SBN CA 132612
United States Attorney
DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California  94105
Telephone:  (415) 977-8975
Facsimile:  (415) 744-0134
E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAM THI VO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.  5:11-CV-1486-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>**[Re:  Docket No. 19]** |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment.  The extension is needed for the reasons stated in the attached declaration.   The new due date for Defendant's motion will be November 30, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

//

//

//

Respectfully submitted,

Dated: November 10, 2011

*/s/ James Hunt Miller*
(As authorized via e-mail)
JAMES HUNT MILLER
Attorney for Plaintiff

Dated: November 9, 2011

MELINDA L. HAAG
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: November 14, 2011

HOWARD R. LLOYD
United States Magistrate Judge