*E-FILED 12-14-2011*

MELINDA L. HAAG, SBN CA 132612
United States Attorney
DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California  94105
Telephone:  (415) 977-8975
Facsimile:  (415) 744-0134
E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAM THI VO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO.  5:11-CV-1486-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>**[Re:  Docket No. 21]** |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment.  The extension is needed for the reasons stated in the attached declaration.   The new due date for Defendant's motion will be December 30, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

//

//

//

| | |
|---|---|
| | Respectfully submitted, |
| Dated: December 9, 2011 | */s/ James Hunt Miller* |
| | (As authorized via e-mail) |
| | JAMES HUNT MILLER |
| | Attorney for Plaintiff |
| Dated: December 13, 2011 | MELINDA L. HAAG |
| | United States Attorney |
| | |
| | */s/ Brenda M. Pullin* |
| | BRENDA M. PULLIN |
| | Special Assistant U.S. Attorney |

IT IS SO ORDERED:

Dated: December 14, 2011

_____
HOWARD R. LLOYD
United States Magistrate Judge