***E-FILED 12-14-2011***

1 MELINDA L. HAAG, SBN CA 132612
United States Attorney
2 DONNA CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
4 Special Assistant United States Attorney

5   333 Market Street, Suite 1500
    San Francisco, California  94105
6   Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
7   E-Mail:Brenda.Pullin@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TAM THI VO, | CASE NO.  5:11-CV-1486-HRL |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | **[Re:  Docket No. 21]** |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment.  The extension is needed for the reasons stated in the attached declaration.   The new due date for Defendant's motion will be December 30, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 9, 2011 | */s/ James Hunt Miller* <br> (As authorized via e-mail) <br> JAMES HUNT MILLER <br> Attorney for Plaintiff |
| Dated: December 13, 2011 | MELINDA L. HAAG <br> United States Attorney |
|   | */s/ Brenda M. Pullin* <br> BRENDA M. PULLIN <br> Special Assistant U.S. Attorney |

IT IS SO ORDERED:

Dated: December 14, 2011

_____
HOWARD R. LLOYD
United States Magistrate Judge

2