IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAM THI VO, | Case No. C 11-01486 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion and granted defendant's cross-motion, IT IS ORDERED AND ADJUDGED THAT the Commissioner's final decision is affirmed.

Dated: August 20, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE